# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>William Levette Harney, Jr.<br><br>Date of Original Judgment: January 9, 2007<br>Date of Previous Amended Judgment: April 24, 2014<br>(Use Date of Last Amended Judgment if Any) | ) Case No: 2:06-CR-11-1BR<br>) USM No: 25435-056<br>)<br>) G. Alan DuBois<br>) Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **210** months **is reduced to** **168 months.**

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 9, 2007, and April 24, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 9/29/2015

Effective Date: November 1, 2015
*(if different from order date)*

*/s/ W. Earl Britt*
W. Earl Britt, Senior U.S. District Judge
Printed name and title